■ In the Matter of RANDOLPH K. SPENCER, an Infant, by His Brother RALPH ROBERTS, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— In a proceeding pursuant to section 50-e of the General Municipal Law for leave to serve a late notice of claim on behalf of an infant, the appeal is from an order of the Supreme Court, Kings County, dated July 26, 1971, which granted the application. Order affirmed, without costs. (*Matter of Murray* v. *City of New York*, 30 N Y 2d 113.) Rabin, P. J., Hopkins, Latham, Gulotta and Christ, JJ., concur.

■ JEWETT HOMES, INC., et al., Respondents, v. JAMES CIARDIELLO et al., Appellants.— In an action to set aside and rescind a conveyance or, in the alternative, to impress a constructive trust, the defendants appeal from an order of the Supreme Court, Richmond County, dated November 17, 1971, which denied their motion to dismiss the complaint on the ground that it is barred by the doctrine of *res judicata*. Order affirmed, with $10 costs and disbursements. Neither *res judicata* nor collateral estoppel may be applied since the court in the first action denied the plaintiffs herein the right to raise the claim as a defense to the first action. Further, since we are reversing the judgment in the first action (see *Ciardiello* v. *Pugliese*, 39 A D 2d 562) and ordering a new trial, there is no prior judgment on which to find that *res judicata* applies. In view of the nature of the defense sought to be raised in the first action and the cause of action sued on herein, we are of the view that the two actions should be consolidated for trial. Hopkins, Acting P. J., Martuscello, Christ, Brennan and Benjamin, JJ., concur.